UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

PAIGE MINOR,

   Plaintiff

-vs-                               CASE NO.:  7:18-CV-00098-WLS

FINANCIAL MANAGEMENT SYSTEMS
a/k/a FMS Investment Corporation,

   Defendant
_____/

## NOTICE OF SETTLEMENT

     Plaintiff, Paige Minor, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

     Dated: September 10, 2018

                                                     */ s/Octavio Gomez*
                                                     Octavio "Tav" Gomez, Esquire
                                                     Georgia Bar #: 617963
                                                     Morgan & Morgan, Tampa, P.A.
                                                     201 North Franklin Street, 7th Floor
                                                     Tampa, FL 33602
                                                     Telephone: (813) 223-5505
                                                     Facsimile:  (813) 223-5402
                                                     tgomez@forthepeople.com
                                                     jneal@forthepeople.com
                                                     mmartinez@forthepeople.com
                                                     *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of September, 2018, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

*/s/Octavio Gomez*
Octavio Gomez, Esq.
Georgia Bar #: 617963