**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

PAIGE MINOR,

  Plaintiff,

CASE NO.:  7:18-CV-00098-WLS

-vs-

FINANCIAL MANAGEMENT SYSTEMS
a/k/a FMS Investment Corporation,

  Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now plaintiff, Paige Minor (plaintiff), and defendant, Financial Management Systems a/k/a FMS Investment Corporation, by and through their undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding plaintiff's claims against Defendant, have been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter as to Defendant, with each party to bear its own costs and attorneys' fees except as provided in the parties' Agreement of Settlement and Release.

Dated: October 12, 2018

| | |
|---|---|
| /s/ *Octavio Gomez* | /s/ *Kirsten H. Smith* |
| Octavio "Tav" Gomez, Esquire | Kirsten H. Smith, Esq. |
| Georgia Bar #: 617963 | ksmith@sessions.legal |
| Morgan & Morgan, Tampa, P.A. | Georgia Bar No. 702220 |
| 201 North Franklin Street, 7th Floor | Michael Schuette |
| Tampa, FL 33602 | mschuette@sessions.legal |
| Telephone: (813) 223-5505 | Sessions, Fishman, Nathan & Israel |
| Facsimile:  (813) 223-5402 | 3850 N. Causeway Blvd., Suite 200 |
| tgomez@forthepeople.com | Metairie, LA 70002 |
| jneal@forthepeople.com | Telephone: (504) 828-3700 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |