IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PAIGE MINOR, | * |
| Plaintiff, | * |
| v. | Case No.  7:18-CV-98(WLS) |
| | * |
| FMS INVESTMENT CORPORATION, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 15, 2018, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 16th day of October, 2018.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk